**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith PARKER, Defendant–Appellant.**

No. 05–31081
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

Michael J. Jefferson, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Richard Mark Upton, Upton & Smith, Baton Rouge, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Keith Parker in this appeal from a pre-trial detention order has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Parker has filed a response. Our independent review of counsel's brief, the record, and Parker's response discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in connection with this appeal, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.